| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Dancks, Therese W. | 2. Court or Organization  NDNY District Court-Syracuse | 3. Date of Report  05/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Magistrate Judge (FT) | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

100 Clinton Street
Syracuse, NY 13261

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Volunteer Lawyers Project, Inc. |
| 2. | Director, Term Ended 4/30/15 | Oneida Lake Association |
| 3. | Board Member | Le Moyne College Board of Regents |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dancks, Therese W. | 05/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Practising Law Institute | 11/4/15 | 1177 Avenue of the Americas, New York, NY 10036 | Lecture at NYC Seminar | Round trip travel expenses to NYC from Syracuse, NY. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dancks, Therese W.** | 05/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dancks, Therese W. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Kraushaar; Personal Note | C | Interest | K | T | | | | | |
| 2. Key Bank Account | A | Interest | K | T | | | | | |
| 3. Community Bank (formerly Oneida Savings) Account 1 | A | Interest | K | T | | | | | |
| 4. Community Bank (formerly Oneida Savings) Account 2 | A | Interest | J | T | | | | | |
| 5. Fidelilty Investments: | | | | | | | | | |
| 6. -Fidelity NY Muni Money Market | A | Int./Div. | K | T | | | | | |
| 7. -First TR Exchange Traded FD II | A | Dividend | K | T | | | | | |
| 8. -First Trust Portfolios Large Cap Growth | A | Dividend | J | T | | | | | |
| 9. -General Electric Co | B | Dividend | K | T | | | | | |
| 10. -IShares Latin America 40 ETF | A | Dividend | | | Sold | 12/22/15 | K | | |
| 11. -IShares MSCI Emerging Markets ETF | B | Dividend | K | T | | | | | |
| 12. -IShares MSCI Pacific Ex Japan ETF | C | Dividend | L | T | | | | | |
| 13. -IShares Nasdaq Biotechnology | A | Dividend | K | T | | | | | |
| 14. -IShares New York AMT-Free Muni | A | Int./Div. | K | T | | | | | |
| 15. -IShares 2015 AMT-Free Muni Term ETF | A | Int./Div. | | | Sold | 09/08/15 | K | | |
| 16. -IShares 2016 AMT-Free Muni Term ETF | A | Int./Div. | J | T | | | | | |
| 17. -IShares S&P Mid Cap 400 Growth ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -IShares S&P MidCap 400 Value ETF | A | Dividend | J | T | | | | | |
| 19. -IShares US Financials ETF | A | Dividend | J | T | | | | | |
| 20. -Lord Abbett Floating Rate Inc Fd Cl F | B | Dividend | K | T | | | | | |
| 21. -Lord Abbett Short Duration Income Cl F | B | Dividend | K | T | | | | | |
| 22. -Oppenheimer Rochester Muni CL C | A | Int./Div. | J | T | | | | | |
| 23. -Regeneron Pharmaceuticals | | | L | T | Buy | 12/28/15 | L | | |
| 24. -SPDR Ser Tr Dj Wilshire Reit ETF | A | Dividend | J | T | | | | | |
| 25. -Vanguard Index Fds Vanguard Small Cap VBK | A | Dividend | J | T | | | | | |
| 26. -Vanguard Index Fds Vanguard Small Cap VBR | A | Dividend | J | T | | | | | |
| 27. -Vanguard Intl Equity Index Fds | A | Dividend | J | T | | | | | |
| 28. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 29. Fidelity IRA: | | | | | | | | | |
| 30. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 31. -First Tr Large Cap Value Opportunities | A | Dividend | K | T | | | | | |
| 32. -First Trust Portfolios Large Cap Growth | A | Dividend | L | T | | | | | |
| 33. -Global X Funds Global X Ftse Greece 20 | A | Dividend | J | T | | | | | |
| 34. -IShares MSCI Australia ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dancks, Therese W. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -IShares MSCI Brazil ETF | A | Dividend | J | T | | | | | |
| 36. -IShares Tips Bond ETF | A | Dividend | K | T | | | | | |
| 37. -IShares MSCI Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 38. -IShares S&P Mid Cap 400 Growth ETF | A | Dividend | L | T | | | | | |
| 39. -IShares S&P Mid Cap 400 Value ETF | B | Dividend | L | T | | | | | |
| 40. -Ishares US Financials ETF | A | Dividend | K | T | | | | | |
| 41. -IShares IBoxx High Yield Corporate Bond | C | Dividend | K | T | | | | | |
| 42. -IShares US Preferred Stock ETF | A | Dividend | J | T | | | | | |
| 43. -IShares 2016 AMT-Free Muni Term ETF | A | Dividend | K | T | Distributed (part) | 05/21/15 | J | | |
| 44. -SPDR Ser Tr Barclays High Yield BD ETF | C | Dividend | K | T | | | | | |
| 45. -SPDR Ser Tr Db Intl Govt Inflation | A | Dividend | K | T | Sold (part) | 01/07/15 | J | A | |
| 46. -SPDR Ser Tr DJ Wilshire Reit ETF | A | Dividend | K | T | | | | | |
| 47. -Vanguard Index Fds Vanguard Small Cap Value | B | Dividend | L | T | | | | | |
| 48. -Vanguard Index Fds Vanguard Small Cap Growth | A | Dividend | L | T | | | | | |
| 49. -Vanguard Index Fds Vanguard Growth | A | Dividend | K | T | | | | | |
| 50. -Vanguard Index Fds Vanguard Value Vipers | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daneks, Therese W. | 05/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Therese W. Dancks**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**Audit Report - Dancks, Therese W.**

The review of your report has been completed. It is designed to remind you of certain reporting requirements and to catch common errors, such as the omission of required information or the selection of an incorrect income or value code. Most items flagged by this review require correction or completion. Certain additional items are included as general reminders. After making your corrections, please repeat this review process to ensure that you did not inadvertently introduce additional errors into your report.

PLEASE NOTE: While the audit feature is an extremely useful tool, the technology is not designed to detect every potential error. For example, the software cannot yet conduct a comparison between Part VII of your current and prior reports to check for assets which were added or omitted without the required transaction information in Column D or explanation in Part VIII. Likewise, the software is not designed to determine whether the description in Column A lists the full name of a mutual fund, e.g., Merrill Lynch Europacific mutual fund, or the full name of the financial institution where an account is held, e.g., Smith Barney Money Market Fund. It also is difficult for the software to note omissions or errors in IRAs and Trusts when the aggregate reporting method is used, but the required dash is not included before the name of each asset in the aggregate account. Please review your report carefully before filing.

---

The review of your report noted the following:

**Errors**

**Please review these items and make necessary changes.** For your convenience, the corresponding software entries are highlighted in yellow each time the audit is run. Click in the highlighted cells to make changes and to remove the highlights.

**Part VII. Investments and Trusts**

 Part VII, Investments and Trusts, line 5, if the entry in Column A is not a header, Column B must be completed for each asset to show the income code in Column B(1) and the type of income in Column B(2). If no income was earned, Column B(1) should be left blank and the word "None" should be entered in Column B(2).

 Part VII, Investments and Trusts, line 5, if the entry in Column A is not a header, Columns C(1) and C(2) should be completed for each asset owned on the last day of the reporting period. If the asset was disposed of in its entirety during the reporting period, the disposition should be reported in Column D, and Columns C(1) and C(2) should be left blank.

 Part VII, Investments and Trusts, line 29, if the entry in Column A is not a header, Column B must be completed for each asset to show the income code in Column B(1) and the type of income in Column B(2). If no income was earned, Column B(1) should be left blank and the word "None" should be entered in Column B(2).

 Part VII, Investments and Trusts, line 29, if the entry in Column A is not a header, Columns C(1) and C(2) should be completed for each asset owned on the last day of the reporting period. If the asset was disposed of in its entirety during the reporting period, the disposition should be reported in Column D, and Columns C(1) and C(2) should be left blank.

---

If this report is unclear or you have a question about its advice, please call the staff of the Committee on Financial Disclosure, at (202) 502-1850.